&JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Middlesex        **Category No.** II        **Investigating Agency** DEA

**City** Malden

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number    below _____

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 24-cr-10355-DJC      ☑ Yes  ☐ No

Defendant Name    FRANK MAIKY BAEZ GUERRERO                    Juvenile: ☐ Yes  ☐ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☐ No

Alias Name:    La Piedra

Address:    Dominican Republic

Birth date (Yr only): 1996    SSN (last 4#): _____    Sex: M    Race Hispanic    Nationality: Dominican

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____    _____

**U.S. Attorney Information**

AUSA: _____    Bar Number if applicable: _____

**Interpreter:**    ☑ Yes  ☐ No        List language and/or dialect: Spanish

**Victims:**    ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes  ☐ No

☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**    Dominican Republic

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 11

Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/13/2025        Signature of AUSA: STEPHEN HASSINK    Digitally signed by STEPHEN HASSINK Date: 2025.08.12 13:12:43 -04'00'

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   FRANK MAIKY BAEZ GUERRERO

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 848(a) | Continuing Criminal Enterprise | 1 |
| Set 2 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances | 2 |
| Set 3 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) | Possession with Intent to Distribute 40 Grams or More of Fentanyl and Cocaine | 4, 9 |
| Set 5 | 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Fentanyl, a Mixture and Substance Containing Methamphetamine, and Cocaine | 5 |
| Set 6 | 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Fentanyl and Cocaine; | 6, 8 |
| Set 7 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and (b)(1)(B)(ii) | Possession with Intent to Distribute 50 Grams or More of Methamphetamine, 500 Grams or More of a Mixture and Substance Contai | 7 |
| Set 8 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii) | Possession with Intent to Distribute 500 Grams or More of Cocaine and Cocaine Base | 10 |
| Set 9 | 21 U.S.C. § 843(b) | Unlawful Use of a Communications Facility | 11 |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

25-mj-1129, 1130-DLC; 25-mj-1164, 1165-DLC

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013